| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Seymour Wasserstrum, Esq.<br>LAW OFFICES OF SEYMOUR WASSERSTRUM<br>205 W. Landis Ave.<br>Vineland, NJ 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | Order Filed on September 9, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br><br>Charles E. Nelson and Cindy Nelson | Case No.:    13-20355-JNP<br><br>Chapter:    13<br><br>Adv. No.:    N/A<br><br>Hearing Date: 8/2/2016 @ 10:00 a.m.<br><br>Judge:    Jerrold N. Poslusny, Jr. |

**ORDER AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING WITH TAM LENDING CENTER, INC.**

The relief set forth on the following page, numbered three (2) and three (3) is hereby **ORDERED.**

**DATED: September 9, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtors:** Charles E. Nelson and Cindy Nelson
**Case No:** 13-20355-JNP
**Caption of Order:** Authorizing Debtors to Obtain Post-Petition Financing with TAM Lending Center, Inc.

---

THIS MATTER having come before the Court on the debtors' Motion to Approve Post-Petition Financing, and the Court having considered the Debtors' motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

**ORDERED** that the Debtors be and hereby are allowed to finance real property located at 63 Cornell Avenue, Voorhees, New Jersey 08043, pursuant to the terms outlined in the Debtors' Certification in Support of the Motion to Obtain Post-Petition Financing;

**IT IS FURTHER ORDERED** that Debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement in this matter;

**IT IS FURTHER ORDERED** that Debtors shall file an Amended Schedule J and Modified Plan within fourteen (14) days of this Order.

**IT IS FURTHER ORDERED** that Debtors shall provide the Trustee with an executed copy of the mortgage refinance upon completion.

**(Page 3)**
**Debtors:** Charles E. Nelson and Cindy Nelson
**Case No:** 13-20355-JNP
**Caption of Order:** Authorizing Debtors to Obtain Post-Petition Financing with TAM Lending Center, Inc.

---

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall be provided with a copy of the Settlement statement within seven (7) days of the closing of the financing.