| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
|---|---|
| Seymour Wasserstrum, Esq.<br>LAW OFFICES OF SEYMOUR WASSERSTRUM<br>205 W. Landis Ave.<br>Vineland, NJ 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | Order Filed on September 9,<br>2016 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| | Case No.:  13-20355-JNP |
| | Chapter:  13 |
| In Re:<br><br>  Charles E. Nelson and Cindy Nelson | Adv. No.:  N/A |
| | Hearing Date: 8/2/2016 @ 10:00 a.m. |
| | Judge:  Jerrold N. Poslusny, Jr. |

**ORDER AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING
WITH TAM LENDING CENTER, INC.**

The relief set forth on the following page, numbered three (2) and three (3) is hereby **ORDERED.**

**DATED: September 9, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtors:** Charles E. Nelson and Cindy Nelson
**Case No:** 13-20355-JNP
**Caption of Order:** Authorizing Debtors to Obtain Post-Petition Financing with TAM Lending Center, Inc.

---

THIS MATTER having come before the Court on the debtors' Motion to Approve Post-Petition Financing, and the Court having considered the Debtors' motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

**ORDERED** that the Debtors be and hereby are allowed to finance real property located at 63 Cornell Avenue, Voorhees, New Jersey 08043, pursuant to the terms outlined in the Debtors' Certification in Support of the Motion to Obtain Post-Petition Financing;

**IT IS FURTHER ORDERED** that Debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement in this matter;

**IT IS FURTHER ORDERED** that Debtors shall file an Amended Schedule J and Modified Plan within fourteen (14) days of this Order.

**IT IS FURTHER ORDERED** that Debtors shall provide the Trustee with an executed copy of the mortgage refinance upon completion.

**(Page 3)**

**Debtors:** Charles E. Nelson and Cindy Nelson

**Case No:** 13-20355-JNP

**Caption of Order:** Authorizing Debtors to Obtain Post-Petition Financing with TAM Lending Center, Inc.

---

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall be provided with a copy of the Settlement statement within seven (7) days of the closing of the financing.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-20355-JNP
Charles E Nelson                                                      Chapter 13
Cindy Nelson
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Sep 12, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2016.
db/jdb         +Charles E Nelson,    Cindy Nelson,    63 Cornell Drive,    Voorhees, NJ 08043-4911

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2016 at the address(es) listed below:
              Angela Catherine Pattison    on behalf of Creditor    WELLS FARGO BANK, NA
               angela.pattison@powerskirn.com, ecf@powerskirn.com
              Frances Gambardella    on behalf of Creditor    Wells Fargo Bank, NA
               bankruptcynotice@zuckergoldberg.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Seymour  Wasserstrum    on behalf of Debtor Charles E Nelson mylawyer7@aol.com, ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Joint Debtor Cindy  Nelson mylawyer7@aol.com,
               ecf@seymourlaw.net
                                                                                               TOTAL: 9