Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 13−20355−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Charles E Nelson
63 Cornell Drive
Voorhees, NJ 08043

Cindy Nelson
aka Cindy A Morrocco
63 Cornell Drive
Voorhees, NJ 08043

Social Security No.:
xxx−xx−1324

xxx−xx−9002

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 3, 2014.

On 9/26/2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                November 2, 2016
Time:                10:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 27, 2016
JJW: kvr

James J. Waldron
Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 13-20355-JNP
Charles E Nelson                                                    Chapter 13
Cindy Nelson
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Sep 27, 2016
                              Form ID: 185             Total Noticed: 44
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2016.
```
db/jdb       +Charles E Nelson,    Cindy Nelson,    63 Cornell Drive,    Voorhees, NJ 08043-4911
r            +Deborah Andrews,    Weichert Realtors,    5070 Rte 42,    Turnersville, NJ 08012-1733
514139912    +Apex Asset Management, LLC,    PO Box 5407,    Lancaster, PA 17606-5407
514176695    +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
514189589     CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
513926599    +Capital One,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
513926598    +Capital One,    Attn: Nudelman Klemm & Golub PC,    P.O. Box 30253,
               Salt Lake City, UT 84130-0253
514061410     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
513926600    +Chase Bank,    P.O. Box 15298,    Wilmington, DE 19850-5298
513948838    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
               PO Box 10390,    Greenville, SC 29603-0390)
513926602     Emrg Phy Assoc Of SJ,    P.O. Box 635999,    Cincinnati, OH  45263-5999
513926603     First Premier,    3820 N. Louise Ave,    Sioux Falls, SD  57107-0145
513926604    +Holdbrook Pediactric Dental,    P.O. Box 392,    Cherry Hill, NJ 08003-0392
513926605     Hsbc Card Services,    P.O. Box 17051,    Baltimore, MD  21297-1051
513926610     Kennedy Health System,    P.O. Box 48023,    Newark, NJ  07101-4823
513926612    +Navy Federal Credit Union,    P.O. Box 3700,    Merrifield, VA 22119-3700
514188534    +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
               Parsippany NJ 07054-5020
513926617     The Home Depot,    P.O. Box 689106,    Des Moines, IA  50368-9106
513926618    +Tribute Mastercard,    8875 Areo Drive,    San Diego, CA 92123-2251
513926619     Virtua Health,    P.O. Box 8500,    Philadelphia, PA  19178-8267
513926620     Virtua Health Berlin,    P.O. Box 8500-8267,    Philadelphia, PA  19178-8267
513926621    +Voorhees Fire District,    P.O. Box 1016,    Voorhees, NJ 08043-7016
513926623    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Mortgage,    8480 Stagecoach Circle,
               Frederick, MD  21701)
514186417    +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, Ca 94163-0001
514187655    +Wells Fargo Bank,    PO Box 5058 MAC P6053-021,    Portland, OR 97208-5058
514129876    +Wells Fargo Bank, NA,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
               Mountainside, NJ 07092-2315
514136447    +Wells Fargo Bank, NA,    Attn: Bankruptcy Dept.,    MAC # D3347-014,    3476 Stateview Blvd.,
               Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2016 23:12:20      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2016 23:12:16      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
514061075    +E-mail/Text: bncmail@w-legal.com Sep 27 2016 23:12:26      ANTIO, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513947590    +E-mail/Text: g20956@att.com Sep 27 2016 23:12:54      AT&T Mobility II LLC,
               %AT&T SERVICES INC.,    KAREN A. CAVAGNARO - PARALEGAL,    ONE AT&T WAY, ROOM 3A 231,
               BEDMINSTER, NJ 07921-2693
513926597     E-mail/Text: g20956@att.com Sep 27 2016 23:12:54      AT&T Wireless,    P.O. Box 537104,
               Atlanta, GA  30353-7104
513926601    +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Sep 27 2016 23:12:49      Comcast,
               1500 Market St,    Philadelphia, PA 19102-2107
513926606    +E-mail/Text: cio.bncmail@irs.gov Sep 27 2016 23:11:52      Internal Revenue Service,
               1601 Market St,    Philadelphia, PA 19103-2309
513926611    +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 27 2016 23:11:39      Kohl's,    P.O. Box 3115,
               Milwaukee, WI 53201-3115
513926613     E-mail/Text: bankruptcydepartment@tsico.com Sep 27 2016 23:13:02      NCO Financial Systems,
               Re: SJ Hospital,    P.O. Box 15740,    Wilmington, DE  19850-5740
513926614     E-mail/Text: bankruptcydepartment@tsico.com Sep 27 2016 23:13:02      NCO Financial Systems,
               P.O. Box 15740,    Wilmington, DE  19850-5740
514004961     E-mail/Text: ext_ebn_inbox@navyfederal.org Sep 27 2016 23:13:15      Navy Federal Credit Union,
               PO Box 3000,    Merrifield, VA 22119-3000
513926615    +E-mail/PDF: bankruptcy@ncfsi.com Sep 27 2016 23:06:12      New Century Financial Services,
               110 S. Jefferson Rd,    Whippany, NJ 07981-1038
514864780     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2016 23:21:56
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
514864781     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2016 23:05:18
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
514168916     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2016 23:05:17
               Portfolio Recovery Associates, LLC,    c/o Washington Mutual,    POB 41067,    Norfolk VA 23541
513926616     E-mail/Text: bankruptcy@td.com Sep 27 2016 23:12:20      TD Bank,    P.O. Box 1377,
               Lewiston, ME  04243-1377
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 27, 2016
                              Form ID: 185             Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
513926622      +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2016 23:05:40      Walmart,   P.O. Box 32896,
                 Orlando, FL 32896-0001
                                                                                                TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513926608*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:    Internal Revenue Service,    P.O. Box 724,    Springfield, NJ  07081)
513926607*     Internal Revenue Service,    Special Procedure Branch,    P.O. Box 744,    Springfield, NJ  07081
513926609*    +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
513999190*     Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                  TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2016                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2016 at the address(es) listed below:
              Angela Catherine Pattison    on behalf of Creditor    WELLS FARGO BANK, NA
               angela.pattison@powerskirn.com, ecf@powerskirn.com
              Frances Gambardella    on behalf of Creditor    Wells Fargo Bank, NA
               bankruptcynotice@zuckergoldberg.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Raymond   Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Seymour   Wasserstrum    on behalf of Joint Debtor Cindy  Nelson mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour   Wasserstrum    on behalf of Debtor Charles E Nelson mylawyer7@aol.com,  ecf@seymourlaw.net
                                                                                                 TOTAL: 9
```