UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

In Re:

    Charles & Cindy Nelson

Order Filed on October 11, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 13-20355

Chapter: 13

Hearing Date: N/A

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: October 11, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Charles & Cindy Nelson
Case No.: 13-20355/JNP
Caption of Order: Order Granting Supplemental Chapter 13 Fees

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

    ORDERED that Seymour Wasserstrum, Esquire, the applicant, is allowed a fee of $900.00 for services rendered and expenses in the amount of $0.00 for a total of $900.00. The allowance shall be payable:

    ☒    through the Chapter 13 plan as an administrative priority.

    ☐    outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-20355-JNP
Charles E Nelson                                                          Chapter 13
Cindy Nelson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Oct 11, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2016.
db/jdb         +Charles E Nelson,   Cindy Nelson,   63 Cornell Drive,   Voorhees, NJ 08043-4911

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2016 at the address(es) listed below:
              Angela Catherine Pattison    on behalf of Creditor    WELLS FARGO BANK, NA
               angela.pattison@powerskirn.com, ecf@powerskirn.com
              Frances  Gambardella    on behalf of Creditor    Wells Fargo Bank, NA
               bankruptcynotice@zuckergoldberg.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Seymour  Wasserstrum    on behalf of Debtor Charles E Nelson mylawyer7@aol.com, ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Joint Debtor Cindy  Nelson mylawyer7@aol.com,
               ecf@seymourlaw.net
                                                                                              TOTAL: 9