| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Charles E Nelson** | Social Security number or ITIN   xxx–xx–1324 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Cindy Nelson** | Social Security number or ITIN   xxx–xx–9002 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   **13–20355–JNP** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles E Nelson

Cindy Nelson
aka Cindy A Morrocco

<u>6/7/17</u>

**By the court:** <u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W

**Chapter 13 Discharge**

page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                        **Chapter 13 Discharge**                        page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 13-20355-JNP
Charles E Nelson                                                              Chapter 13
Cindy Nelson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Jun 07, 2017
                             Form ID: 3180W        Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2017.
```
db/jdb         +Charles E Nelson,    Cindy Nelson,    63 Cornell Drive,    Voorhees, NJ 08043-4911
r              +Deborah Andrews,    Weichert Realtors,    5070 Rte 42,    Turnersville, NJ 08012-1733
514139912      +Apex Asset Management, LLC,    PO Box 5407,    Lancaster, PA 17606-5407
514176695      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
513948838     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
513926602      Emrg Phy Assoc Of SJ,    P.O. Box 635999,    Cincinnati, OH  45263-5999
513926604     +Holdbrook Pediactric Dental,    P.O. Box 392,    Cherry Hill, NJ 08003-0392
513926610     +Kennedy Health System,    P.O. Box 48023,    Newark, NJ  07101-4823
513926612     +Navy Federal Credit Union,    P.O. Box 3700,    Merrifield, VA 22119-3700
514188534     +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
513926617      The Home Depot,    P.O. Box 689106,    Des Moines, IA  50368-9106
513926618     +Tribute Mastercard,    8875 Areo Drive,    San Diego, CA 92123-2251
513926619      Virtua Health,    P.O. Box 8500,    Philadelphia, PA  19178-8267
513926620      Virtua Health Berlin,    P.O. Box 8500-8267,    Philadelphia, PA  19178-8267
513926621     +Voorhees Fire District,    P.O. Box 1016,    Voorhees, NJ 08043-7016
513926623     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Mortgage,    8480 Stagecoach Circle,
                 Frederick, MD  21701)
514129876     +Wells Fargo Bank, NA,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2017 22:33:42    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2017 22:33:39    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514061075      +E-mail/Text: bncmail@w-legal.com Jun 07 2017 22:33:51    ANTIO, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513947590      +EDI: CINGMIDLAND.COM Jun 07 2017 22:13:00    AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO - PARALEGAL,    ONE AT&T WAY, ROOM 3A 231,    BEDMINSTER, NJ. 07921-2693
513926597      EDI: CINGMIDLAND.COM Jun 07 2017 22:13:00    AT&T Wireless,    P.O. Box 537104,
                 Atlanta, GA  30353-7104
514189589      EDI: BL-BECKET.COM Jun 07 2017 22:13:00    CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,
                 POB 3001,    MALVERN, PA 19355-0701
513926598     +EDI: CAPITALONE.COM Jun 07 2017 22:13:00    Capital One,    Attn: Nudelman Klemm & Golub PC,
                 P.O. Box 30253,    Salt Lake City, UT 84130-0253
513926599     +EDI: CAPITALONE.COM Jun 07 2017 22:13:00    Capital One,    P.O. Box 30253,
                 Salt Lake City, UT 84130-0253
514061410      EDI: CAPITALONE.COM Jun 07 2017 22:13:00    Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
513926600     +EDI: CHASE.COM Jun 07 2017 22:13:00    Chase Bank,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
513926601     +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jun 07 2017 22:34:11    Comcast,
                 1500 Market St,    Philadelphia, PA 19102-2107
513926603      EDI: AMINFOFP.COM Jun 07 2017 22:13:00    First Premier,    3820 N. Louise Ave,
                 Sioux Falls, SD  57107-0145
513926605      EDI: HFC.COM Jun 07 2017 22:13:00    Hsbc Card Services,    P.O. Box 17051,
                 Baltimore, MD  21297-1051
513926606     +EDI: IRS.COM Jun 07 2017 22:13:00    Internal Revenue Service,    1601 Market St,
                 Philadelphia, PA 19103-2309
513926611     +EDI: CBSKOHLS.COM Jun 07 2017 22:13:00    Kohl's,    P.O. Box 3115,    Milwaukee, WI 53201-3115
513926613      E-mail/Text: bankruptcydepartment@tsico.com Jun 07 2017 22:34:22    NCO Financial Systems,
                 Re: SJ Hospital,    P.O. Box 15740,    Wilmington, DE  19850-5740
513926614      E-mail/Text: bankruptcydepartment@tsico.com Jun 07 2017 22:34:22    NCO Financial Systems,
                 P.O. Box 15740,    Wilmington, DE  19850-5740
514004961      EDI: NFCU.COM Jun 07 2017 22:13:00    Navy Federal Credit Union,    PO Box 3000,
                 Merrifield, VA 22119-3000
513926615     +E-mail/PDF: bankruptcy@ncfsi.com Jun 07 2017 22:35:16    New Century Financial Services,
                 110 S. Jefferson Rd,    Whippany, NJ 07981-1038
514864780      EDI: PRA.COM Jun 07 2017 22:13:00    Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
514864781      EDI: PRA.COM Jun 07 2017 22:13:00    Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
514168916      EDI: PRA.COM Jun 07 2017 22:13:00    Portfolio Recovery Associates, LLC,
                 c/o Washington Mutual,    POB 41067,    Norfolk VA 23541
513926616      EDI: TDBANKNORTH.COM Jun 07 2017 22:13:00    TD Bank,    P.O. Box 1377,
                 Lewiston, ME  04243-1377
513926622     +EDI: RMSC.COM Jun 07 2017 22:13:00    Walmart,    P.O. Box 32896,    Orlando, FL 32896-0001
```

```
District/off: 0312-1          User: admin              Page 2 of 2          Date Rcvd: Jun 07, 2017
                              Form ID: 3180W           Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
514186417      +EDI: WFFC.COM Jun 07 2017 22:13:00     Wells Fargo Bank,   PO Box 63491 MAC A0143-042,
                San Francisco, Ca 94163-0001
514187655      +EDI: WFFC.COM Jun 07 2017 22:13:00     Wells Fargo Bank,   PO Box 5058 MAC P6053-021,
                Portland, OR 97208-5058
514136447      +EDI: WFFC.COM Jun 07 2017 22:13:00     Wells Fargo Bank, NA,   Attn: Bankruptcy Dept.,
                MAC # D3347-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
                                                                                    TOTAL: 27
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513926608*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,   P.O. Box 724,   Springfield, NJ  07081)
513926607*     Internal Revenue Service,   Special Procedure Branch,   P.O. Box 744,   Springfield, NJ  07081
513926609*    +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
513999190*     Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                               TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2017 at the address(es) listed below:

```
          Angela Catherine Pattison   on behalf of Creditor   WELLS FARGO BANK, NA
           angela.pattison@powerskirn.com,   ecf@powerskirn.com
          Denise E. Carlon   on behalf of Creditor   Reverse Mortgage Solutions, Inc.
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Frances Gambardella   on behalf of Creditor   Wells Fargo Bank, NA
           bankruptcynotice@zuckergoldberg.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Joshua I. Goldman   on behalf of Creditor   Reverse Mortgage Solutions, Inc.
           jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Raymond  Shockley, Jr   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Seymour  Wasserstrum   on behalf of Joint Debtor Cindy  Nelson mylawyer7@aol.com,
           ecf@seymourlaw.net;r47769@notify.bestcase.com
          Seymour  Wasserstrum   on behalf of Debtor Charles E Nelson mylawyer7@aol.com,
           ecf@seymourlaw.net;r47769@notify.bestcase.com
                                                                    TOTAL: 10
```